**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2123**

———————

ELVIRA BOH FOMUSO,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A76-911-120)

———————

Submitted: April 19, 2004          Decided: April 29, 2004

———————

Before WIDENER, MOTZ, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Byron R. Mobley, WALKER, BROWN AND BROWN, P.A., Hernando,
Mississippi, for Petitioner. Peter D. Keisler, Assistant Attorney
General, Linda S. Wernery, Senior Litigation Counsel, William C.
Minick, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for
Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elvira Boh Fomuso, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming the immigration judge's denial of her applications for asylum and withholding of removal. We have reviewed the administrative record and the Board's decision and find no reversible error. Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Fomuso, No. A76-911-120 (B.I.A. Aug. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED